

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2023

No. 04-22-00799-CV

**IN THE INTEREST OF L.C.M**., a child

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-067
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The clerk's record was originally due December 27, 2022, but was not filed. On December 29, 2022, the District Clerk for Kendall County, Susan Jackson, filed a notification of late record requesting an extension to February 3, 2023. After consideration, we **grant** the request and **order** the clerk's record due by **February 3, 2023**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court